THE PEOPLE OF THE STATE OF ILLINOIS, Plaintiff-Appellee, *v.* LOUIS STOVALL, Defendant-Appellant.

(No. 58276; )

First District (4th Division)—April 25, 1973.

Opinion by Mr. PRESIDING JUSTICE BURMAN.

Gerald W. Getty, Public Defender, of Chicago, (Everette Braden, Assistant Public Defender, of counsel,) for appellant.

Edward V. Hanrahan, State's Attorney, of Chicago, (Robert Brice, Assistant State's Attorney, of counsel,) for the People.